**CHRISTOPHER J. CHRISTIE**
United States Attorney
By: **MARION PERCELL**
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey 07102
(973) 645-2733

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Joseph A. Greenaway, Jr. |
| V. | : | Criminal No. 03-CR-799 |
| FAROOQ MALIK | : | **FINAL ORDER OF FORFEITURE** |
| | : | |

**WHEREAS** a Consent Judgment and Preliminary Order of Forfeiture between the United States and the defendant, Farooq Malik, was entered into on April 5, 2004, pursuant to the terms of a plea agreement under which defendant Farooq Malik, pursuant to 18 U.S.C. 982, agreed to the forfeiture of $27,000.00 in United States currency for violations of 18 U.S.C. § 1960; and

**WHEREAS,** on July 20, 2005, August 4, 2005 and August 11, 2005, the United States published in the "Star Ledger" a notice to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property (Declaration of Marion Percell, filed herein as Exhibit A); and

**WHEREAS** no claims have been filed on the property by any third parties;

**THEREFORE** it is hereby **ORDERED, ADJUDGED, AND DECREED:**

1. That a Final Order of Forfeiture is entered and that $27,000.00 in United States currency is forfeited to the United States of America, and no right, title, or interest in the assets shall exist in any other party.

2. That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Customs and Border Protection Service's management of any properties forfeited herein, and the proceeds from the sale of any forfeited properties, after the payment of costs and expenses incurred in connection with the sale and disposition of the forfeited properties, shall be deposited forthwith by the United States Customs and Border Protection Service into the Department of Treasury Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

_____
HONORABLE JOSEPH A. GREENAWAY, JR.
United States District Judge

7-14-09