UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No. 03-799 (JAG) |
| FAROOQ MALIK | : | **ORDER** |

**GREENAWAY, JR., U.S.C.J.**[1]

  This matter comes before this Court on a motion, by United States of America (the "Government"), to dismiss Rafia Begum's ("Begum") petition for recovery of seized funds.

  In this criminal matter, the Government seized $27,000 from the defendant, Farooq Malik.  (See Docket Entry No. 80.)  Of those funds, Rafia Begum claimed ownership to $2,684, and petitioned to recover the sum from the Government, pursuant to FED. R. CRIM. P. 32.2(c)(1)(A).  (See Docket Entry Nos. 67, 77.)  This Court reviewed Begum's papers, as well as the Government's papers, and denied Begum's motion on May 8, 2007.  (Docket Entry No. 80.)

  It appearing that this Court has reviewed the parties' submissions, and good cause appearing,

  IT IS on this 18th day of March, 2010,

  ORDERED that the Government's motion (Docket Entry No. 77) is DENIED as moot pursuant to this Court's opinion on May 8, 2007 (Docket Entry No. 80); and it is further

---

[1] Sitting by designation on the District Court.

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.C.J.
(Sitting by designation on the District Court)